IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHANDA TATUM,

    Plaintiff,

v.                                        No. 12-cv-1060 LH/SMV

PROBUILD COMPANY, LLC,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    January 21, 2014, at 2:00 p.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **January 21, 2014, at 2:00 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss whether the case is ripe for a settlement conference. Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.