IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHANDA TATUM,

    Plaintiff,

v.                                                 No. 12-cv-1060 LH/SMV

PROBUILD COMPANY, LLC,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

The parties notified the Court on February 12, 2014, that they have reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **March 14, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                _____

                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**